

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 4 2017

CENTRAL DISTRICT OF CALIFORNIA
BY DV

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Christopher Berver DEFENDANT(S). | CASE NUMBER SA 17-69 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __March 29__, __2017__, at __11__ ☒a.m. / ☐p.m. before the Honorable __Karen E. Scott__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal ~~or~~ _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/24/17__

_Karen E. Scott_
U.S. ~~District Judge~~/Magistrate Judge